UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 16-46861-659 |
| ) | |
| TAMMY L CAVES ) | Chapter 13 |
| ) | |
| ) | |
| Debtor ) | |

### TRUSTEE'S RESPONSE TO MOTION TO EXTEND STAY

Comes now John V. LaBarge, Jr., Standing Chapter 13 Trustee, and states as follows:

The motion represents that the Schedule I filed in this case is incorrect and Debtor has not filed an amended Schedule I listing the correct employer. It is not clear if Schedule I lists current income. Failure to file accurate schedules does not meet the good faith filing burden of 11 U.S.C. section 362(c)(3).

Dated: October 20, 2016
RSPGEN--DSD

/s/ Diana S. Daugherty
Diana S. Daugherty MO36347
Attorney for Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of October 20, 2016.

/s/ Diana S. Daugherty
Diana S. Daugherty MO36347

TAMMY L CAVES
9931 SLOAN SQUARE
APT C
SAINT LOUIS, MO 63134

LAW OFFICES OF SEAN C PAUL
8917 GRAVOIS RD
ST LOUIS, MO 63123